#868340

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**AT WASHINGTON, D.C.**

FILED
JUL 9 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **FRANK E. FISHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 00-740C** |
| | ) | **(Judge Bruggink)** |
| **v.** | ) | |
| | ) | **NOTICE OF APPEAL** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that the Plaintiff in the above styled case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment dated March 19, 2008, dismissing Plaintiff's case in the above-entitled matter and the Order denying Plaintiff's Motion for Reconsideration dated and filed April 18, 2008, which was entered in this action on the 21st day of April, 2008. Appeal is also made of the denial of the Motion for Relief from Final Judgment dated, filed, and entered June 20, 2008. This appeal is timely under the authority of the Order of Judge Bruggink dated, filed, and entered June 10, 2008, granting Plaintiff's Motion for Extension of Time to File an Appeal in this case until 30 days after his order. Copies of all referenced orders are attached.

DATED: July 8, 2008

Edward A. Zimmerman
Military and Veterans National Law Center
201 West Travelers Trail, Suite 11
Burnsville, MN 55337

CERTIFICATE OF SERVICE:

On this 8th day of July , 2008, I deposited in the U. S. Mail, express mail class postage prepaid,, return receipt requested, the Original and two copies in accordance with RUSCC 83 of Plaintiff's foregoing "Notice of Appeal" together with a check made payable to the Clerk of this Court in the amount of $455.00 addressed as follows:

Clerk of the Court
U. S. Court of Federal Claims
717 Madison Place N.W.
Washington, DC 20005

with two copies of the same sent by U. S. Mail addressed to:

Douglas Mickle, Esq.
Commercial Litigation Branch
Civil Division, Dept. of Justice
ATTN Cllassification, 8th Floor
1100 L St. N.W.
Washington, DC 20530

DATED: July 8, 2008

Edward A. Zimmerman

# In the United States Court of Federal Claims

**No. 00-740 C**

**FRANK E. FISHER**

**JUDGMENT**

**v.**

FILED MAR 19 2008

**THE UNITED STATES**

Pursuant to the court's Opinion, filed March 19, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

John S. Buckley
Acting Clerk of Court

March 19, 2008

By: [signature]
Deputy Clerk

NOTE. As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.

# In the United States Court of Federal Claims

No. 00-740C
(Filed: April 18, 2008)

RECEIVED
APR 24 2008
BY:

* * * * * * * * * * * * * * * * * * * * * *

FRANK E. FISHER,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's April 11, 2007 Motion for Reconsideration and for Entry of an Amended Judgment. Plaintiff alleges that we neglected in our opinion issued on March 19, 2008 to discuss relevant case law and that the neglect amounts to error of law. In that opinion we discussed the arguments plaintiff made in his August 11, 2006 Motion for Reconsideration, arguments which he repeats in this latest motion. No new grounds for reconsideration are offered. Accordingly, we deny the motion.

Judge Robert J. Yock for
Judge Eric G. Bruggink

cc: Fischer
Byron sent
6-20-08

# In the United States Court of Federal Claims

No. 00-740C
(Filed: June 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

FRANK E. FISHER,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

RECEIVED
JUN 13 2008
BY:

## ORDER

Pending is plaintiff's Motion Under Rule 60(b) to Vacate Judgment and Order Denying Request for Reconsideration. Plaintiff also requests an extension of time for filing a Notice of Appeal from June 20, 2008, until 30 days after the Court rules on this pending motion. Plaintiff argues that the order violates the Rules of the Court of Federal Claims and denies plaintiff due process of law because the order denying plaintiff's motion for reconsideration, issued on April 19, 2008, was signed "Judge Robert J. Yock for [the undersigned]." Plaintiff misunderstood Judge Yock's signature to signify that the case had been reassigned to Judge Yock. I, the undersigned, issued the April 19, 2008 order but was unavailable to sign it at the time. Judge Yock did not decide the outcome of plaintiff's last motion for reconsideration; he only signed for me. Accordingly, plaintiff's motion to vacate judgment and order denying request for reconsideration is denied. Plaintiff's request for an extension of time for filing a Notice of Appeal is granted. Plaintiff may file his Notice of Appeal up to 30 days after this order.

Judge Eric G. Bruggink